OSCN Found Document:IN RE: APPROVAL OF PROPOSED STANDARDS OF PRACTICE

OSCN navigation

Home

Courts

Court Dockets

Legal Research

Calendar

Help

Previous Case

Top Of Index

This Point in Index

Citationize

Next Case

Print Only

IN RE: APPROVAL OF PROPOSED STANDARDS OF PRACTICE2016 OK 32Decided: 03/21/2016THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2016 OK 32, __ P.3d __

NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL.

IN RE: APPROVAL OF PROPOSED STANDARDS OF PRACTICE FOR ATTORNEYS REPRESENTING PARENTS IN JUVENILE COURT

ORDER

The Court has reviewed the proposed Oklahoma standards of practice for attorneys representing parents in juvenile court, submitted by the Juvenile Justice Oversight Committee. The attached proposed standards are hereby adopted, effective immediately.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 21st day of March, 2016.

/s/CHIEF JUSTICE

ALL JUSTICES CONCUR

Standards of Practice for Attorneys Representing Parents in Juvenile Court

 

Citationizer© Summary of Documents Citing This Document

Cite
Name
Level

None Found.

Citationizer: Table of Authority

Cite
Name
Level

None Found.